No. 78–1362.  WALKER v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 78–1364.  RUDOLPH v. WAGNER ELECTRIC CORP.  C. A. 8th Cir.  Certiorari denied.

No. 78–1367.  COOK v. MUSKINGUM WATERSHED CONSERVANCY DISTRICT.  C. A. 6th Cir.  Certiorari denied.

No. 78–1371.  BUIAN v. BAUGHARD ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 78–1395.  ZARINSKY v. NEW JERSEY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 78–1404.  BALL ET AL. v. CAREY, GOVERNOR OF NEW YORK, ET AL.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 78–1425.  COLE ET AL. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 78–1448.  BENNETT v. SECRETARY OF DEFENSE.  C. A. D. C. Cir.  Certiorari denied.

No. 78–1469.  WHEELER DEALERS, INC. v. RALEIGH INDUSTRIES OF AMERICA, INC.  C. A. 7th Cir.  Certiorari denied.

No. 78–1485.  HANLEY ET AL. v. UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF OHIO.  C. A. 6th Cir.  Certiorari denied.

No. 78–6066.  EDMOND v. BERNHARDT, WARDEN.  C. A. 6th Cir.  Certiorari denied.